# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hope C. Johnson,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                            3:04-cv-164

Commissioner of Social Security Administration,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2006 Order.

                               **Signed: October 23, 2006**

                               Frank G. Johns, Clerk
                               United States District Court